UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSE A. HERNANDEZ and )
KIM HERNANDEZ, )
 )
    Plaintiffs )
 )   Case 3:10-0544
v. )   Judge Wiseman/Brown
 )   **Jury Demand**
ASSOCIATED METAL WORKS, INC., )
and US METAL WORKS, INC., )
 )
    Defendants )

## O R D E R

A telephone conference was held with the parties in this matter on January 25, 2011. The parties are making progress in the case, but because of the number of attorneys and parties involved, it is taking a bit longer than they had hoped to schedule depositions and line up experts.

After discussion with the parties, the initial case management order (Docket Entry 25) is amended as follows: The Plaintiffs will make their expert witness disclosures on or before **June 13, 2011**; the Defendants will make their Rule 30 expert witness disclosures on or before **July 15, 2011**; depositions of experts shall be completed by **August 23, 2011**. At the present time the Magistrate Judge will not change the discovery deadline for fact witnesses, which is **June 17, 2011**. However, if the parties find that they need additional time for fact discovery, the Magistrate Judge could extend that deadline to coincide with the expert discovery deadlines. Dispositive motions shall be due on or

before **September 19, 2011,** and responses will be due **21 days** thereafter. Replies, if any, **limited to five pages**, will be **seven days** after any responses. The pretrial conference and trial date set by Judge Wiseman for **January 17, 2012** (Docket Entry 26) remains unchanged.

Parties are further advised that they needed some additional work before they would be prepared to explore alternative dispute resolution. The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at their request at any

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge