IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSE A. HERNANDEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:10-cv-00544 |
| | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| ASSOCIATED METAL WORKS, INC. and | ) |
| US METAL WORKS, INC., | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## ORDER

The parties to this action have stipulated that all of Plaintiff's claims are dismissed with prejudice. (Doc. No. 45.) As a result, this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this 4th day of January, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT